## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

07CV6282
JUDGE DER-YEGHIAYAN
MAG. JUDGE NOLAN

In the Matter of
GERALD A. BERRY

V.

JOHN E. POTTER, POSTMASTER GENERAL et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GERALD A. BERRY

**FILED**
NOV 0 6 2007
NOV 06 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Michael T. Smith |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Michael T. Smith |

| FIRM |
|---|
| Law Offices of Michael T. Smith |

| STREET ADDRESS |
|---|
| 440 W. Irving Park Road |

| CITY/STATE/ZIP |
|---|
| Roselle, Illinois 60172 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6180407IL | 847-895=0626 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐