UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GERALD A. BERRY,<br><br>        Plaintiff,<br><br>        v.<br><br>JOHN E. POTTER, Postmaster General<br>of the United States Postal Service, et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    No. 07 C 6282<br><br>    Judge Der-Yeghiayan |

**ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

                                                Respectfully submitted,

                                                PATRICK J. FITZGERALD
                                                United States Attorney

                                                By: s/ Patrick W. Johnson
                                                    PATRICK W. JOHNSON
                                                    Assistant United States Attorney
                                                    219 South Dearborn Street
                                                    Chicago, Illinois 60604
                                                    (312) 353-5327
                                                    patrick.johnson2@usdoj.gov

### CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

ATTORNEY DESIGNATION

was served on December 19, 2007, in accordance with Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.


By: s/ Patrick W. Johnson
PATRICK W. JOHNSON
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5327
patrick.johnson2@usdoj.gov