UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Gerald A Berry
                Plaintiff,

v.                                        Case No.: 1:07–cv–06282
                                        Honorable Samuel Der–Yeghiayan

John E Potter, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 7, 2008:

       MINUTE entry before Judge Samuel Der–Yeghiayan : The docket having not reflected service of summons and complaint on the Defendants, initial status hearing reset to 02/05/08 at 9:00 a.m. at the Plaintiff's request. Status hearing set for 01/09/08 is stricken. Counsel for Plaintiff is warned that failure to serve pursuant to Federal Rules of Civil Procedure 4 will result in a dismissal of the action. Plaintiff is also warned that failure to file with the Clerk of Court, the appropriate waivers and/or returns of service may also result in a dismissal of the instant action. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.