AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

GERALD A. BERRY,

Plaintiff,

v.

JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE; AMERICAN POSTAL WORKERS UNION; AMERICAN POSTAL WORKERS UNION LOCAL 7011,

Defendants.

CASE: 07CV6282
ASSIG JUDGE DER-YEGHIAYAN
DESK MAG.JUDGE NOLAN
MAGI......

TO: (Name and address of Defendant)

United States Postal Service
John E. Potter
475 L'Enfant Plaza SW
Washington, DC 20260

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael T. Smith
440 W. Irving Park Road
Roselle, Illinois 60172
847-895-0626

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE: NOV 0 6 2007

**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.58 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.38 |

Date: 12/04/2007

Sent To: John E Potter / US Postal Service
Street, Apt No.; or PO Box No.: 475 L'Enfant Plaza SW
City, State, ZIP+4: Washington DC 20260

Article Number: 7003 0500 0005 5895 7376

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John E. Potter
United States Postal Service
475 L'Enfant Plaza SW
Washington DC 20260

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Austin Hill      ☒ Agent   ☐ Addressee

B. Received by (Printed Name): OPMC
C. Date of Delivery: 12-6-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7003 0500 0005 5895 7376

PS Form 3811, February 2004    Domestic Return Receipt