AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

GERALD A. BERBY,

    Plaintiff,

V.

JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE; AMERICAN POSTAL WORKERS UNION; AMERICAN POSTAL WORKERS UNION LOCAL 7011,

    Defendants.

CASE **07CV6282**
ASSN **JUDGE DER-YEGHIAYAN**
DESN **MAG. JUDGE NOLAN**

MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

United States Attorney
Patrick Fitzgerald
219 S. Dearborn St., Fifth Floor
Chicago, Illinois 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael T. Smith
440 W. Irving Park Road
Roselle, Illinois 60172
847-895-0626

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_(signature)_

(By) DEPUTY CLERK

NOV 0 6 2007
DATE

