AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

GERALD A. BERRY,

Plaintiff,

V.

JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE; AMERICAN POSTAL WORKERS UNION, AMERICAN POSTAL WORKERS UNION LOCAL 7011,

Defendants

CASE: 07CV6282
ASSIGNED JUDGE: JUDGE DER-YEGHIAYAN
DESIGNATED MAGISTRATE JUDGE: MAG. JUDGE NOLAN

TO: (Name and address of Defendant)

Acting Attorney General
Peter D. Keisler
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael T. Smith
440 W. Irving Park Road
Roselle, Illinois 60172
847-895-0626

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE: NOV 0 6 2007



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $0.58 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ 5.38 |

Sent To: Peter D. Keisler/Acting Atty General
Street, Apt. No.; or PO Box No. 950 Pennsylvania Ave NW
City, State, ZIP+4 Washington DC 20530-0001

PS Form 3800, June 2002

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Peter D. Keisler
   Acting Attorney General
   950 Pennsylvania Ave NW
   Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): DEC 1 0 2007   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 0500 0005 5895 7369

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540