AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

GERALD A. BERRY,

    Plaintiff,

V.

JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE; AMERICAN POSTAL WORKERS UNION; AMERICAN POSTAL WORKERS UNION LOCAL 7011,

    Defendants.

CASE NUMBER:

ASSIGN. **07CV6282**

DESIGN. **JUDGE DER-YEGHIAYAN**

MAGIS. **MAG. JUDGE NOLAN**

TO: (Name and address of Defendant)

American Postal Workers Union
John R. Clark, National Business Agent
330 S. Wells Street, Suite 810
Chicago, Illinois 60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael T. Smith
440 W. Irving Park Road
Roselle, Illinois 60172
847-895-0626

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

*DAVID JOZWIAK*

(By) DEPUTY CLERK

NOV 0 6 2007

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | January 24, 2008 |
| NAME OF SERVER (PRINT) PETER J. SAUNDERS | TITLE Investigator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served the American Postal Workers Union c/o John R. Clark, National Business Agent, c/o Pat Foggs at 330 S. Wells, Suite 8N, Chicago, IL.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on January 24, 2008
              Date                    Signature of Server

120 W. Madison St. #1100 Chicago, IL
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.