# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                 Case Number: 07 CV 6282
Gerald A. Berry,
                    Plaintiff,
    v.
John E. Potter, et al.
                    Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants, American Postal Workers Union.

| | |
|---|---|
| NAME (Type or print) <br> Karen I. Engelhardt | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ /s/ Karen I. Engelhardt | |
| FIRM <br> Allison, Slutsky & Kennedy, P.C. | |
| STREET ADDRESS <br> 230 W. Monroe Street, Suite 2600 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 3128850 | TELEPHONE NUMBER <br> (312) 364-9400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [ ]   NO [✓] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [✓]   NO [ ] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [✓]   NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [ ]   NO [✓] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL [ ]     APPOINTED COUNSEL [ ] | |