# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
## Eastern Division

| | |
|---|---|
| Gerald A. Berry, )<br>)<br>    Plaintiff )<br>)<br>    v. )<br>)<br>John E. Potter, Postmaster General of )<br>the United States Postal Service and American )<br>Postal Workers Union and American Postal )<br>Workers Union Local 7011, )<br>)<br>    Defendants. )<br>) | Case No. 07CV6282<br>Judge Der-Yeghiayan |

## DEFENDANT AMERICAN POSTAL WORKERS UNION'S
## MOTION TO DISMISS

    Defendant American Postal Workers Union, AFL-CIO ("APWU"), respectfully requests that this Court dismiss plaintiff's complaint in accordance with Rule 12(b)(6) of the Federal Rules of Civil Procedure. Dismissal of the complaint is appropriate because plaintiff has failed to allege facts sufficient to establish a cause of action for which relief may be granted. Although the plaintiff's complaint contains conclusory allegations, it lacks facts supporting, or even suggesting, that the APWU or Local 7011 breached the duty of fair representation.

    This motion is supported by the accompanying Memorandum of Law. A proposed Order is attached for the Court's consideration.

Dated: February 13, 2008        Respectfully submitted,

                                      ALLISON, SLUTSKY & KENNEDY, P.C.

                                      By: /s/ Karen I. Engelhardt
                                      Karen I. Engelhardt
                                      ARDC 3128850
                                      Kie@ask-attorneys.com

Thomas D. Allison
Allison@ask-attorneys.com
230 West Monroe Street, Suite 2600
Chicago, IL 60606
(312) 364-9400/Fax (312) 364-9410

O'DONNELL, SCHWARTZ & ANDERSON, P.C.

Anton G. Hajjar
Ahajjar@odsalaw.com
1300 L Street, N.W., Suite 1200
Washington, DC 20005
(202) 898-1707/Fax (202) 682-9276

*Attorneys for the American Postal Workers Union, AFL-CIO*

Case 1:07-cv-06282     Document 17     Filed 02/14/2008     Page 3 of 3