**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Eastern Division**

| | |
|---|---|
| Gerald A. Berry, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 07CV6282 |
| ) | Judge Der-Yeghiayan |
| John E. Potter, Postmaster General of ) | |
| the United States Postal Service and American ) | |
| Postal Workers Union and American Postal ) | |
| Workers Union Local 7011, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF MOTION

TO:  Michael T. Smith
    Michael T. Smith & Associates
    440 West Irving Park
    Roselle, IL  60172

    Gary D. Abrams
    Law Offices of Gary D. Abrams & Associates
    55 West Monroe Street
    12th Floor
    Chicago, IL  60603

    PLEASE TAKE NOTICE THAT on Wednesday, February 27, 2008, at 9:00 a.m., I shall appear before Honorable Judge Der-Yeghiayan in Courtroom 1903, usually occupied by him, at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the Defendant's, the American Postal Workers Union's Motion to Dismiss, their Memorandum in Support of their Motion to Dismiss and a proposed judgment order.

                                                        /s/Karen I. Engelhardt
                                                    One of plaintiffs' attorneys

Allison, Slutsky & Kennedy
230 West Monroe Street Suite 2600
Chicago, Illinois  60606
(312) 364-9400
February 13, 2008

## **CERTIFICATE OF SERVICE**

       I hereby certify that I have on this 13th day of February 2008 caused the following people to be served by the Court's electronic case filing system with an electronic copy of the foregoing Motion to Dismiss, of the American Postal Workers Union, AFL-CIO, Memorandum of Law in Support Thereof; and Proposed Order:

Michael T. Smith
Michael T. Smith & Associates
440 West Irving Park
Roselle, IL  60172
msmith39950@aol.com

Gary D. Abrams
Law Offices of Gary D. Abrams & Associates
55 West Monroe Street
12th Floor
Chicago, IL  60603
gda44@comcast.net


Date: February 13, 2008                                         /s/ Karen I. Engelhardt
                                                                                        Karen I. Engelhardt