# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Gerald A Berry

                          Plaintiff,

v.

                          Case No.: 1:07−cv−06282

                          Honorable Samuel Der−Yeghiayan

John E Potter, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 27, 2008:

       MINUTE entry before Judge Samuel Der−Yeghiayan : Status hearing held and continued to 05/06/08 at 9:00 a.m. Plaintiff's oral motion for leave to file amended complaint is granted to and including 03/27/08. Defendants are given until 04/21/08 or 21 days after service to answer or otherwise plead to Plaintiff's amended complaint. Defendant American Postal Workers's motion to dismiss defendant American Postal Workers Union [17] is denied as moot. Mailed notice. (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.