UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GERALD A. BERRY, | ) | |
| | ) | |
| Plaintiff, | ) | No:  07 CV 6282 |
| | ) | |
| vs. | ) | Judge Der-Yeghiayan |
| | ) | |
| JOHN E. POTTER, POSTMASTER GENERAL OF | ) | JURY DEMAND |
| THE UNITED STATES POSTAL SERVICE and | ) | |
| AMERICAN POSTAL WORKERS and AMERICAN | ) | |
| POSTAL WORKERS UNION LOCAL  7011, | ) | Magistrate Judge Nolan |
| | ) | |
| Defendants. | ) | |

NOTICE OF ELECTRONIC FILING

On March 27, 2008, we filed electronically with the Clerk of the United States District Court for the Northern District of Illinois, the following:

PLAINTIFF'S FIRST AMENDED COMPLAINT

.             CERTIFICATE OF SERVICE

The undersigned, an attorney, states that he has served the above-described document by regular mail by depositing a copy of the document with proper postage prepaid in the mail at Roselle, Illinois, before 5:00 p.m. on March 27, 2008 to:

> Ms. Karen I. Engelhardt
> Allison, Slutsky & Kennedy
> 230 W. Monroe Street, Suite 2600
> Chicago, Illinois 60606

> **/s/Michael T. Smith**
>      Michael T. Smith

Michael T. Smith
440 W. Irving Park Road
Roselle, IL 60193
(847) 895-0626