THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **Gerald A. Berry,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 07C6282 |
| **John E. Potter, Postmaster General of** | ) | Judge Der-Yeghiayan |
| **the United States Postal Service and** | ) | |
| **American Postal Workers Union and American** | ) | |
| **Postal Workers Union Local 7011,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO AMENDED COMPLAINT**

Defendant American Postal Workers Union, AFL-CIO ("APWU") asks this Court to grant an enlargement of time to respond to the plaintiff's amended complaint up to and including May 5, 2008. This extension will not prejudice any of the parties in any way.

There is good cause to grant this motion. Counsel for the APWU needs additional time to investigate so that the APWU may properly respond. Counsel for the APWU has conferred with counsel for the plaintiff, who does not oppose the granting of this motion. For these reasons, the Court should grant the APWU's unopposed motion for an enlargement of time to respond to the plaintiff's complaint up to and including May 5, 2008. A proposed order is attached.

Dated: April 16, 2008                        Respectfully submitted,


                                                                                                      By: /s/ Karen I. Engelhardt

Allison, Slutsky & Kennedy, P.C.
kie@ask-attorneys.com
320 West Monroe Street, Suite 2600
Chicago, IL 60606
(312) 364-9400/Fax (312) 364-9410

Anton G. Hajjar
ahajjar@odsalaw.com
1300 L Street, N.W., Suite 1200
Washington, DC 20005
(202) 898-1707/Fax (202) 682-9276

Attorneys for the American Postal Workers Union, AFL-CIO