THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Gerald A. Berry,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | **Case No. 07C6282** |
| **John E. Potter, Postmaster General of** ) | **Judge Der-Yeghiayan** |
| **the United States Postal Service and** ) | |
| **American Postal Workers Union and American** ) | |
| **Postal Workers Union Local 7011,** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

**ORDER**

Upon consideration of Defendant American Postal Workers Union, AFL-CIO's Motion for Enlargement of Time, it is this _____ day of _____, 2008, hereby

**ORDERED** that Defendant APWU's motion is **GRANTED**. The deadline for filing is May 5, 2008.

_____
United States District Court Judge

Copies to:

Karen I. Engelhardt  
kie@ask-attorney.com

Anton G. Hajjar  
ahajjar@odsalaw.com

Michael T. Smith  
msmith39950@aol.com

Gary D. Abrams  
gda44@comcast.com