**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Eastern Division**

| | |
|---|---|
| Gerald A. Berry, )<br>)<br>      Plaintiff )<br>)<br>    v. )<br>)<br>John E. Potter, Postmaster General of )<br>the United States Postal Service and American )<br>Postal Workers Union and American Postal )<br>Workers Union Local 7011, )<br>)<br>      Defendants. )<br>) | Case No. 07CV6282<br>Judge Der-Yeghiayan |

**NOTICE OF MOTION**

TO:  Michael T. Smith
       Michael T. Smith & Associates
       440 West Irving Park
       Roselle, IL  60172

       Gary D. Abrams
       Law Offices of Gary D. Abrams & Associates
       55 West Monroe Street
       12th Floor
       Chicago, IL  60603

      PLEASE TAKE NOTICE THAT on Thursday, April 24, 2008, at 9:00 a.m., I shall appear before Honorable Judge Der-Yeghiayan in Courtroom 1903, usually occupied by him, at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the Defendant's, the American Postal Workers Union's Motion for Enlargement of Time to Respond to Amended Complaint.

                                                  /s/Karen I. Engelhardt
                                                  One of plaintiffs' attorneys

Allison, Slutsky & Kennedy
230 West Monroe Street Suite 2600
Chicago, Illinois  60606
(312) 364-9400
April 17, 2008

**CERTIFICATE OF SERVICE**

  I hereby certify that I have on this 17th day of April 2008 caused the following people to be served by the Court's electronic case filing system with an electronic copy of the foregoing Motion to Dismiss, of the American Postal Workers Union, AFL-CIO, Memorandum of Law in Support Thereof; and Proposed Order:

  Michael T. Smith
  Michael T. Smith & Associates
  440 West Irving Park
  Roselle, IL  60172
  msmith39950@aol.com

  Gary D. Abrams
  Law Offices of Gary D. Abrams & Associates
  55 West Monroe Street
  12th Floor
  Chicago, IL  60603
  gda44@comcast.net


Date: February 13, 2008            /s/ Karen I. Engelhardt