UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GERALD A. BERRY, | ) | No. 07 C 6282 |
| | ) | |
| Plaintiff, | ) | Judge Der-Yeghiayan |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN E. POTTER, Postmaster General | ) | |
| of the United States Postal Service, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:   Michael T. Smith
      Michael T. Smith & Associates
      440 West Irving Park
      Roselle, IL 60172

Please take notice that on April 24, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable Judge Der-Yeghiayan in the courtroom usually occupied by him, Room 1903 in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present **Defendant Postal Service's Unopposed Motion For Extension Of Time** at which time and place you may appear, if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Patrick W. Johnson
    PATRICK W. JOHNSON
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5327
    patrick.johnson2@usdoj.gov