UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Gerald A Berry

                        Plaintiff,

v.                                                        Case No.: 1:07–cv–06282
                                                           Honorable Samuel Der–Yeghiayan

John E Potter, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 24, 2008:

      MINUTE entry before Judge Honorable Samuel Der–Yeghiayan: Defendant American Postal Workers' motion for extension of time to respond to the amended complaint [26] is granted to and including 05/05/05. Defendant John E Potter's motion for extension of time to respond to amended complaint [28] is granted to and including 05/12/08. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.