# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

ALIAS
**SUMMONS IN A CIVIL CASE**

GERALD A. BERRY,

    Plaintiff,

V.

JOHN E. POTTER, POSTMASTER
GENERAL OF THE UNITED STATES et al.,

CASE NUMBER: 07 CV 6282

ASSIGNED JUDGE: Der-Yeghiayan

DESIGNATED
MAGISTRATE JUDGE: Nolan

TO: (Name and address of Defendant)

APWU Local No. 7011
% Virgil Flemming
11600 W. Irving Park Road
Chicago, Illinois 60666

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael T. Smith
440 W. Irving Park Road
Roselle, Illinois 60172
847-895-0626

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

APR - 2 2008

(By) DEPUTY CLERK      DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | Apr. 29, 2008 |
| NAME OF SERVER *(PRINT)* PETER J. SAUNDERS | TITLE Investigator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): _____

Served APWU Local No. 7011 c/o Josephine R. Lowd, V.P.

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 29, 2008
            Date                    Signature of Server

120 W. Madison, Suite 1108, Chicago, IL
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.