IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

|  |  |  |
|---|---|---|
| **Gerald A. Berry,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | Case No. 07CV6282 |
| | ) | Judge Der-Yeghiayan |
| **John E. Potter, Postmaster General of** | ) | |
| **the United States Postal Service and American** | ) | |
| **Postal Workers Union and American Postal** | ) | |
| **Workers Union Local 7011,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

_____

## AMENDED NOTICE OF FILING

TO:   Michael T. Smith
      Michael T. Smith & Associates
      440 West Irving Park
      Roselle, IL  60172

      Gary D. Abrams
      Law Offices of Gary D. Abrams & Associates
      55 West Monroe Street
      12th Floor
      Chicago, IL  60603

   PLEASE TAKE NOTICE THAT on Tuesday,  May 6, 2008, the undersigned caused to be filed with the Clerk of the Court, United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, IL 60604, and then and there present the Defendant's, the American Postal Workers Union's Amended Answer.

                                    /s/Karen I. Engelhardt
                                    One of plaintiffs' attorneys

Allison, Slutsky & Kennedy
230 West Monroe Street Suite 2600
Chicago, Illinois  60606
(312) 364-9400
May 6, 2008

**CERTIFICATE OF SERVICE**

   I hereby certify that I have on this 6th day of May 2008, caused the following to be served by the Court's electronic case filing system with an electronic copy of the foregoing Notice of Filing, of the American Postal Workers Union, AFL-CIO:

Michael T. Smith
Michael T. Smith & Associates
440 West Irving Park
Roselle, IL  60172
msmith39950@aol.com

Gary D. Abrams
Law Offices of Gary D. Abrams & Associates
55 West Monroe Street
12th Floor
Chicago, IL  60603
gda44@comcast.net

Date: May 6, 2008              /s/ Karen I. Engelhardt