## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| | | |
|---|---|---|
| Gerald A. Berry, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 07CV6282 |
| | ) | Judge Der-Yeghiayan |
| John E. Potter, Postmaster General of | ) | |
| the United States Postal Service and American | ) | |
| Postal Workers Union and American Postal | ) | |
| Workers Union Local 7011, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

Upon consideration of Defendants American Postal Workers Union, AMC-O'Hare-Midway T, Local No. 7011 and American Postal Workers Union's Motion to Dismiss, it is this

_____ day of _____, 2008, hereby

**ORDERED** that Defendants motion is **GRANTED**. Defendants American Postal Workers Union, AMC-O'Hare-Midway T, Local No. 7011 and American Postal Workers Union are dismissed from this matter with prejudice.

_____

United States District Court Judge

Copies to:

Karen I. Engelhardt
kie@ask-attorney.com

Michael T. Smith
msmith39950@aol.com

Anton G. Hajjar
ahajjar@odsalaw.com

Gary D. Abrams
gda44@comcast.net