# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6282 | **DATE** | 5/22/2008 |
| **CASE TITLE** | Gerald A Berry vs. John E Potter , et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 08/28/08 at 9:00 a.m. Defendants American Postal Workers Union Local 7011, and American Postal Workers' motion to dismiss and, or in the alternative, for summary judgment [38] is entered and continued. Defendant John Potter's oral motion to join Defendants American Postal Workers Union Local 7011, American Postal Workers' motion to dismiss, or in the alternative, for summary judgment is granted. Plaintiff's response shall be filed by 06/27/08 and Defendants' replies shall be filed by 07/18/08.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|