---

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| GERALD A. BERRY, | ) | |
| | ) | |
| Plaintiff, | ) | No:  07 CV 6282 |
| | ) | |
| vs. | ) | Judge Der-Yeghiayan |
| | ) | |
| JOHN E. POTTER, POSTMASTER GENERAL OF | ) | JURY DEMAND |
| THE UNITED STATES POSTAL SERVICE and | ) | |
| AMERICAN POSTAL WORKERS and AMERICAN | ) | |
| POSTAL WORKERS UNION LOCAL  7011, | ) | Magistrate Judge Nolan |
| | ) | |
| Defendants. | ) | |

---

## NOTICE OF ELECTRONIC FILING

    YOU ARE HEREBY NOTIFIED THAT we have this date filed in the Clerk in the Office of the United States District Court for the Northern District of Illinois, Eastern Division, the following:

  Plaintiff's Response to Defendant American Postal Workers Union Local 7011 and American Postal Worker's Joint Motion to Dismiss, or for Summary Judgment

Dated: June 26, 2008

BY:/s/Michael T. Smith
Michael T. Smith

Michael T. Smith
Attorney for Plaintiff
440 W. Irving Park Road
Roselle, IL 60172
(847) 895-0626

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned attorney, certify that on June 26, 2008, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of this filing of Plaintiff's Response to Defendant American Postal Workers Union Local 7011 and American Postal Worker's Joint Motion to Dismiss, or for Summary Judgment the following:

Karen I. Engelhardt
Allison, Slutsky & Kennedy, P.C.
230 West Monroe Street, Suite 2600
Chicago, Illinois 60606

Anton G. Hajjar
1300 L Street, N.W., Suite 1200
Washington, DC 20005

Patrick Walter Johnson
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604

BY:<u>s/Michael T. Smith</u>
Michael T. Smith