UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GERALD A. BERRY, | ) | No. 07 C 6282 |
| | ) | |
| Plaintiff, | ) | Judge Der-Yeghiayan |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN E. POTTER, Postmaster General | ) | |
| of the United States Postal Service, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT POSTAL SERVICE'S
UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant John Potter, Postmaster General of the United States Postel Service ("Postal Service"), by its attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, moves for an extension of time to and including July 25, 2008, in which to file the Postal Service's reply in support of its motion to dismiss. In support of this motion, defendant states as follows:

1. The Postal Service's reply brief in support of defendants' motion to dismiss is due on July 18, 2008.

2. The Postal Service needs additional time to complete its reply brief for two reasons. First, the undersigned counsel was out of town from July 4, 2008 to July 15, 2008.

3. Second, upon his return to the office, Postal Service counsel consulted with counsel for the defendants American Postal Workers Union, and American Postal Workers Union, Local No. 7011 (collectively, "Union Defendants"). After comparing respective drafts of their reply briefs, counsel for Postal Service and Union Defendants concluded they should file a joint reply brief.

4. Accordingly, the additional time requested will allow defendants' counsel to

coordinate in filing a joint reply in support of their motion.

    5.    Plaintiff's counsel does not oppose this motion.

**WHEREFORE,** defendant Postal Service moves this court for entry of an order allowing defendants an extension of time to file their reply brief to July 25, 2008.[1]

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

By: s/ Patrick W. Johnson
    PATRICK W. JOHNSON
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5327
    patrick.johnson2@usdoj.gov

---

[1] Union Defendants join in this motion.