UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GERALD A. BERRY,                           )
                                           )        No. 07 C 6282
                    Plaintiff,             )
                                           )        Judge Der-Yeghiayan
            v.                             )
                                           )
JOHN E. POTTER, Postmaster General         )
of the United States Postal Service, et al., )
                                           )
                    Defendants.            )

**NOTICE OF MOTION**

To:    Michael T. Smith
       Michael T. Smith & Associates
       440 West Irving Park
       Roselle, IL 60172

        Please take notice that on July 24, 2008, at 9:00 a.m., or as soon thereafter as counsel may
be heard, I will appear before the Honorable Judge Der-Yeghiayan in the courtroom usually occupied
by him, Room 1903 in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago,
Illinois, or before such other judge who may be sitting in his place and stead, and then and there
present **Defendant Postal Service's Unopposed Motion For Extension Of Time** at which time and
place you may appear, if you see fit.

                                Respectfully submitted,


                                PATRICK J. FITZGERALD
                                United States Attorney

                                By: s/ Patrick W. Johnson
                                    PATRICK W. JOHNSON
                                    Assistant United States Attorney
                                    219 South Dearborn Street
                                    Chicago, Illinois 60604
                                    (312) 353-5327
                                    patrick.johnson2@usdoj.gov