# United States District Court
## Northern District of Illinois
### Eastern Division

Gerald Berry                                **JUDGMENT IN A CIVIL CASE**

      v.                                Case Number: 07 C 6282

John E Potter, et al.

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that for the reasons stated in the Court's memorandum opinion dated 08/27/08, Defendants' motion for summary judgment [38] is granted and Defendants' motion to dismiss [38] is denied as moot.

                                            Michael W. Dobbins, Clerk of Court

Date: 8/27/2008                                   ___Michael Wing_____
                                                     /s/ Michael A. Wing, Deputy Clerk